UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DALE EDWARD POLTA,,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF ST. PAUL POLICE DEPT.,<br>JOHN DOE 1, JOHN DOES 2, JOHN<br>DOES 3, RAMSEY CO. SHERIFF DEPT.,<br>JOHN DOE 1, JOHN DOE 2, JOHN DOE<br>3, K-9 HANDLER 1, K-9 HANDLER 2,<br>K-9 UNIT 1, and K-9 UNIT 2,<br>　　　　　Defendants. | Civil No.  06-1014 PAM/AJB<br><br>O R D E R |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 7, 2006, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's claims against Defendants City of St. Paul Police Department, and Ramsey County Sheriff's Department, is dismissed pursuant to 28 U.S.C. § 1915A(b); and

2. Plaintiff's claims against the other Defendants listed in the caption of the complaint is allowed to proceed at this time, without prejudice to any defenses that those Defendants may later seek to raise.

DATED: May 1, 2006

　　　　　　　　　　　　　　　　　　　s/ Paul A. Magnuson　　　　　
　　　　　　　　　　　　　　　　　　Judge Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　U. S. District Court