UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DALE EDWARD POLTA,                         Civil No.  06-1014 PAM/AJB

      Plaintiff,

v.                                          O R D E R

CITY OF ST. PAUL POLICE DEPT.,
JOHN DOE 1, JOHN DOES 2, JOHN
DOES 3, RAMSEY CO. SHERIFF DEPT.,
JOHN DOE 1, JOHN DOE 2, JOHN DOE
3, K-9 HANDLER 1, K-9 HANDLER 2,
K-9 UNIT 1, and K-9 UNIT 2,

      Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated August 29, 2006, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: September 19, 2006

                                                   s/ Paul A. Magnuson
                                                   Judge Paul A. Magnuson
                                                   U. S. District Court